USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
BRANDON MCFADDEN,

                         Plaintiff Pro Se,

    -against-

NEW YORK CITY DEPARTMENT
OF CORRECTION et al.,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 11570 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff and counsel for Defendants having appeared before the Court for an initial pre-trial conference on April 4, 2008, the following schedule is established on consent:

1. Defendants shall produce any relevant documentation to Plaintiff, including a copy of Plaintiff's file, by May 5, 2008;

2. The parties shall complete all discovery by July 15, 2008;

3. A final pre-trial conference shall take place on July 25, 2008 at 10:00 a.m.

Dated: April 4, 2008
       New York, New York

                         SO ORDERED:

                         WILLIAM H. PAULEY III
                         U.S.D.J.

*Copies mailed to:*

Brandon McFadden
No. 06R1566
Queensboro Correctional Facility
47-04 Van Dam St.
Long Island City, NY 11101-3081
*Plaintiff Pro Se*

Toni Lynn Gantz, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*