```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
BRANDON MCFADDEN,                  :
                                        07 Civ. 11570 (WHP)
            Plaintiff Pro Se,      :
                                        ORDER
     -against-                     :

NEW YORK CITY DEPARTMENT           :
OF CORRECTION et al.,
                                   :
            Defendants.
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       Plaintiff shall appear at his deposition and respond to Defendants' document requests at least one week in advance of the deposition, or the action shall be dismissed for failure to prosecute. The parties shall complete discovery by August 22, 2008. The final pre-trial conference is adjourned to August 29, 2008 at 10:00 a.m.

Dated: July 24, 2008
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Copies mailed to:*

Brandon McFadden
249 Beach 15th
Apt. L-100
St. Far Roakaway, NY 11691
*Plaintiff <u>Pro Se</u>*

Toni Lynn Gantz, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*