```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BRANDON MCFADDEN,                   :
                                          07 Civ. 11570 (WHP)
            Plaintiff Pro Se,       :
                                          ORDER
      -against-                     :

NEW YORK CITY DEPARTMENT            :
OF CORRECTION et al.,
                                    :
            Defendants.
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

Plaintiff having failed to appear at his deposition or respond to Defendants' document requests, this action is dismissed for failure to prosecute. The Clerk of Court is directed to terminate all motions pending as of this date and mark the case closed.

Dated: August 22, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Brandon McFadden
249 Beach 15th, Apt. L-100
St. Far Roakaway, NY 11691
*Plaintiff Pro Se*

Toni Lynn Gantz, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*

-1-